IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RACHELLE LANETT ANDERSON, | * |
| Petitioner, | * |
| v. | * Civil No. L-04-3578 |
| | * Crim. No. L-00-033 |
| UNITED STATES OF AMERICA, | * |
| Respondent. | * |

**************

## ORDER

For the reasons stated in the Memorandum of even date, the Court hereby:

(i)  DENIES Plaintiff's Motion to Vacate Sentence; and

(ii) DIRECTS the Clerk CLOSE the case.

Dated this _____ day of October, 2007.

_____
Benson Everett Legg
Chief Judge

C/M CHAMBERS  11-2-07