IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA  *

v.  *  Criminal No. L-00-33

RACHELLE L. ANDERSON  *

* * * * * * *

ORDER

On February 19, 2008, the Court entered an Order requesting that the Office of the Federal Public Defender preliminarily review the defendant's Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582 and provide a status report on or before March 19, 2008. To date, no status report has been received. Accordingly, it is this 21st day of April, 2008, ordered by the United States District Court for the District of Maryland that:

1. The Office of the Federal Public Defender shall provide a status report within 30 days of the date of this Order; and

4. The government shall state its position on the Motion for Reduction of Sentence within thirty days after the status report is filed.

_____
Benson Everett Legg
Chief Judge