LAWLOR & ENGLERT, LLC

*Attorneys at Law*

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

MICHAEL E. LAWLOR
lawlor@lawlor-englert.com

2008 AUG 19 P 3: 09

SICILIA C. ENGLERT
englert@lawlor-englert.com

RECEIVED IN THE CHAMBERS OF
BENSON EVERETT LEGG

CLERK'S OFFICE
AT BALTIMORE

AUG 19 2008

August 14, 2008          DEPUTY

UNITED STATES DISTRICT JUDGE

The Honorable Judge Benson E. Legg
U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

        Re:   United States v. Rachelle Anderson, L-00-033

Dear Judge Legg:

        As Your Honor knows, the Court appointed me to represent Ms. Anderson in proceedings pursuant to 18 U.S.C. § 3582(c). After a thorough review of Ms. Anderson's case and relevant case law and statutes, I have come to the conclusion that Ms. Anderson is not eligible for relief under the amended crack guidelines.

        In brief, Ms. Anderson received the mandatory minimum 120 month sentence for aiding and abetting the distribution of a controlled dangerous substance. 21 U.S.C. § 841(a)(1). The mandatory minimum was imposed following the jury's determination of the quantity of drugs involved in Ms. Anderson's conduct. *See Apprendi v. New Jersey*, 530 U.S. 466 (2000). The nature of Ms. Anderson's sentence means there is no relief that she could request at this time. As such, we concede that Ms. Anderson's motion should be denied. I have discussed and explained this conclusion with Ms. Anderson.

Sincerely,

Michael E. Lawlor
Counsel for Ms. Anderson

cc:    Barbara Sale, Esq.
       Rachelle Anderson