IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. L-00-33 |
| | * | |
| RACHELLE L. ANDERSON | * | |
| | * | |
| * * * * * * * | | |

**ORDER**

Pursuant to court order appointing counsel to preliminarily review defendant's eligibility for a sentence reduction under 18 U.S.C. §3582(c)(2) based on Amendment No. 706 to the United States Sentencing Guidelines related to cocaine base ("crack") offenses, counsel has filed a status report. After reviewing the status report, the information provided by the United States Probation Office, and any comment submitted by the government, this court agrees that the defendant is ineligible for a sentence reduction under Amendment No. 706.

Accordingly, it is this 4 day of September, 2008, hereby ordered by the United States District Court for the District of Maryland that:

1. The Motion for Reduction of Sentence IS DENIED;

2. This order shall become final in 30 days if no meritorious objection is filed by the defendant within that time; and

3. The Clerk SHALL SEND a copy of this order to counsel, the United States Probation Office, and the defendant.

/s/
_____
Benson Everett Legg
Chief Judge